Court of Appeals for the Third Circuit granted. *Messrs. John B. Shaw, Rowland C. Evans, Jr.* and *Thomas E. Byrne, Jr.* for petitioner. *Mr. Abraham E. Freedman* for respondent.

No. 93. HERCULES GASOLINE Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Melvin F. Johnson* and *Joseph H. Jackson* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch, Walter J. Cummings, Jr.* and *Mrs. Maryhelen Wigle* for respondent.

No. 123. WILLIAMS *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. M. J. Dougherty* for petitioner. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 145. COMMISSIONER OF INTERNAL REVENUE *v.* FLOWERS. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. James N. Ogden* for respondent.

No. 163. COMMISSIONER OF INTERNAL REVENUE *v.* WILCOX ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr.*